**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William D Carden, et al., | No. CV-21-00012-TUC-DCB |
| Plaintiffs, | **ORDER** |
| v. | |
| CSAA General Insurance Company, | |
| Defendant. | |

Pursuant to stipulation of the parties hereto, and good cause appearing,

**Accordingly,**

**IT IS ORDERED** that, pursuant to the Stipulation (Doc. 9), the above cause of action be dismissed with prejudice, as to all parties and as to all claims, each party to bear their own costs and attorneys' fees.

Dated this 20th day of May, 2021.

_____
Honorable David C. Bury
United States District Judge